# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22I0143. WENDY SMOOT-LEE v. CORIZON HEALTH, INC.**

Wendy Smoot-Lee filed a personal injury action against Corizon Health, Inc. and Shena Danielle Burton. Corizon Health moved for summary judgment. The court granted the motion, leaving the case pending as to Burton. Smoot-Lee then filed this application for interlocutory appeal.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Thus, the order that Smoot-Lee seeks to appeal is directly appealable and not subject to the interlocutory appeal requirements. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this application for interlocutory review is hereby GRANTED. Smoot-Lee shall have ten days from the date of this order to file a notice of appeal in the trial court if she has not already done so. See OCGA § 5-6-34 (b). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __03/18/2022__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*